

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00534-CR

The **STATE** of Texas,
Appellant

v.

Amanda **RODRIGUEZ**,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9250
The Honorable Angus McGinty, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's May 23, 2013 Order Granting Motion for New Trial and Motion to Withdraw Plea is AFFIRMED.

SIGNED January 22, 2014.

Sandee Bryan Marion, Justice